IN THE COURT OF CRIMINAL APPEALS


OF TEXAS


 




NO. PD-1403-11





 JONUS WASHINGTON, Appellant



v.



THE STATE OF TEXAS





ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW


FROM THE FOURTEENTH COURT OF APPEALS


HARRIS COUNTY


 


 Per curiam. Keasler and Hervey, JJ., dissent. Alcala, j., not participating.


ORDER


 The petition for discretionary review violates Rule of Appellate Procedure 68.4(i),
because it does not contain a copy of the opinion of the court of appeals. 

 The petition for discretionary review also violates Rule of Appellate Procedure 68.5,
because the petition exceeds fifteen (15) pages.

 The petition is struck. See Rule of Appellate Procedure 68.6.

 The petitioner may redraw the petition. The redrawn petition and copies must be filed
in the Court of Criminal Appeals of Texas within thirty (30) days after the date of this order.


En banc.

Delivered: January 11, 2012

Do Not Publish.